**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| Plaintiff, | * | |
| vs. | * | CASE NO.: 2:18-CR-014 |
| JOSEPH SIMMONS, et al., | * | |
| Defendant. | * | |

**MOTION FOR PERMISSION TO TRAVEL**

COMES NOW Joseph Simmons and shows the Court that he is currently on a bond that confines him to the Southern District of Georgia. However, he is losing the use of his right hand and he has an appointment at Mayo Clinic in Jacksonville, Florida at 8:45 a.m. on November 7, 2018 for tests to diagnose and initiate treatment.

WHEREFORE, Joseph Simmons asks permission to travel to Mayo Clinic in Jacksonville, Florida on November 7, 2018, specifically for his medical appointments.

Respectfully submitted this 24th day of October, 2018.

/s/ Fred R. Kopp
FRED R. KOPP
Attorney for Defendant Simmons
Georgia Bar No.: 428310
P. O. Box 785
Alma, Georgia 31510
(912) 632-6812
(912) 632-7900 (fax)
fred@fredkopplaw.com

CERTIFICATE OF SERVICE

    This is to certify that I have this day served all the parties in this case in accordance with the notice of electronic filing which was generated as a result of electronic filing in this Court.

    This 24th day of October, 2018.

                                          By: /s/ Fred R. Kopp
                                          Fred R. Kopp
                                          Attorney for Joseph Simmons
                                          P. O. Box 785
                                          Alma, GA  31510
                                          (912) 632-6812
                                          GA Bar No. 428310