# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

## CLERK'S MINUTES - GENERAL

CASE NO. **CR217-14**　　　　　　　　　　　　　　　　DATE **01/15/2019**
TITLE **USA v. Joseph Simmons**
TIMES **10:22 - 10:34**　　　　　　　　　　　　　　　TOTAL **12 Minutes**

Honorable: **Lisa Godbey Wood, U. S. District Court Judge**　　　Courtroom Deputy: **Whitney Sharp**
Court Reporter: **Debra Gilbert**　　　　　　　　　　　　　　Interpreter:

Attorney for Government　　　　　Attorney for Defendant(s)　　　　Defendant(s)
Greg Gilluly　　　　　　　　　　　Fred Kopp

PROCEEDINGS: **Sentencing**　　　　　　　　　　　　　　　　☑ In Court
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☐ In Chambers

Objections - None
The Court adopts the findings of fact and conclusions of applicable advisory guidelines and
Therefore finds total Offense Level 13 / Criminal History III / Guideline 18-24 Months /
1 year supervised release / $5,500 - $55,000 fine / $100 special assessment /
no minimum - 4 years maximum
Defense 10:24 - 10:25 / Government 10:25 - 10:27 / Defendant 10:28
Court - BOP 24 months / no fine / $100 special assessment / 1 year supervised release /
standard, special and mandatory conditions of release / DNA sample / no firearms or weapons /
substance abuse testing and no tampering / subject to searches / FCI Jesup to the extent space and
security allow / recommendation to BOP for alcohol and drug treatment to include RDAP
/ no fine / appeal waiver / Count 1 dismissed / defendant to self report within 30 days of
todays date by 2:00 pm.

(Rev 7/2003)　　　　　　　　　　　　　　　　　　　　　　　　　　　GENERAL CLERK'S MINUTES